Leemore Libesman, SBN 221969
HOLME ROBERTS & OWEN LLP
777 South Figueroa, Suite 2800
Los Angeles, California 90017
Telephone: (213) 572-4300
Facsimile: (213) 572-4400
Email: leemore.libesman@hro.com

Attorneys for Plaintiffs
SONY BMG MUSIC ENTERTAINMENT;
ELEKTRA ENTERTAINMENT GROUP INC.;
PRIORITY RECORDS LLC; BMG MUSIC; UMG
RECORDINGS, INC.; CAPITOL RECORDS,
INC.; AND ARISTA RECORDS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; and ARISTA RECORDS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>TABATHA MILLER,<br><br>Defendant. | Case No. 3:06-cv-00410 JSW<br><br>**APPLICATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF ATTORNEYS FOR PLAINTIFFS** |

1  Plaintiffs hereby apply to substitute in Holme Roberts & Owen LLP as its attorney of record
2  in this action in the place of Shook, Hardy & Bacon L.L.P., 333 Bush Street, Suite 600, San
3  Francisco, California 94104-2828. Plaintiffs and counsel have consented to said substitution as
4  indicated below by execution of this application.

Dated: February 15, 2006   SHOOK, HARDY & BACON L.L.P.

By: _____
    ANDREW L. CHANG

I accept this substitution.
Dated: February 16, 2006   HOLME ROBERTS & OWEN LLP

By: _____
    LEEMORE LIBESMAN

I consent to this substitution.
Dated: 2/16, 2006   PLAINTIFFS

By: _____
    KENNETH DOROSHOW
    Senior Vice President of Legal Affairs
    Recording Industry Association of America

### ORDER

Plaintiffs' application for substitution of attorneys is granted.

Dated: February 27, 2006   _____
    THE HONORABLE JEFFREY S. WHITE
    United States District Judge

|    |                                                                                     |
|----|-------------------------------------------------------------------------------------|
| 1  |             PROOF OF SERVICE                                                        |
| 2  |          1013 A(3) CCP REVISED 5/1/88                                               |

3   STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

4   I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 777 South Figueroa Street, Suite 2800, Los Angeles, CA 90017-5826.

On February, 20, 2006, I served the foregoing document described as **APPLICATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF ATTORNEYS FOR PLAINTIFFS** on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

      **X**    BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

      ☐    BY PERSONAL SERVICE: I caused the above-mentioned document to be personally served to the offices of the addressee.

      ☐    BY FACSIMILE: I communicated such document via facsimile to the addressee as indicated on the attached service list.

      ☐    BY FEDERAL EXPRESS: I caused said document to be sent via Federal Express to the addressee as indicated on the attached service list.

Executed on February 20, 2006, at Los Angeles, California.

      **X**    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                                                        ELAINE BELL

---

PROOF OF SERVICE

#1016 v1

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | Tabatha Miller |
| 3 | 1000 Kiely Boulevard<br>Apartment 113 |
| 4 | Santa Clara, CA 95051 |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

PROOF OF SERVICE

#1016 v1