Leemore Libesman (State Bar No. 221969)
HOLME ROBERTS & OWEN LLP
777 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5826
Telephone: (213) 572-4300
Facsimile: (213) 572-4400

Attorneys for Plaintiffs
SONY BMG MUSIC ENTERTAINMENT; ELEKTRA ENTERTAINMENT GROUP INC.; PRIORITY RECORDS LLC; BMG MUSIC; UMG RECORDINGS, INC.; CAPITOL RECORDS, INC.; AND ARISTA RECORDS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; and ARISTA RECORDS LLC, a Delaware limited liability company,, <br><br> Plaintiff, <br> v. <br><br> TABATHA MILLER, <br><br> Defendant. | Case No.: 3:06-cv-00410 JSW <br><br> Honorable Jeffrey S. White <br><br> ***EX PARTE* APPLICATION TO VACATE CASE MANAGEMENT CONFERENCE AND SET FORTH A SCHEDULE FOR OBTAINING DEFAULT JUDGMENT; [PROPOSED] ORDER** |

1

*EX PARTE* APPLICATION
CASE NO. 3:06-CV-00410 JSW

#1768 v1

Plaintiffs hereby request that this Court vacate the current case management conference scheduled for May 5, 2006 at 1:30 p.m. Plaintiffs have entered a default against defendant Tabatha Miller ("Defendant"). Thus, no pre-trial or case management scheduling is required. Plaintiffs instead propose the following schedule to file and have heard a motion for default judgment: Plaintiffs will file their motion for default judgment no later than May 22, 2005 with a hearing on July 7, 2006 at 9:00 a.m.

Dated: May 1, 2006

Respectfully submitted,

LEEMORE LIBESMAN
HOLME ROBERTS & OWEN LLP

By: /s/ Leemore Libesman
Leemore Libesman
Attorney for Plaintiffs
SONY BMG MUSIC ENTERTAINMENT;
ELEKTRA ENTERTAINMENT GROUP
INC.; PRIORITY RECORDS LLC; BMG
MUSIC; UMG RECORDINGS, INC.;
CAPITOL RECORDS, INC.; AND ARISTA
RECORDS, INC.

## **ORDER**

It is hereby ordered that the case management conference previously scheduled for ~~May 5,~~ June 9 2006 is vacated. Plaintiffs will file their motion for default judgment on or before May 22, 2006. ~~A hearing will be set for July 7, 2006 to consider Plaintiffs' motion.~~

Dated: May 1, 2006

_____
Honorable Jeffrey S. White
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

#1768 v1