IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SONY BMG ENTERTAINMENT, et al.,

    Plaintiffs,

v.

TABATHA MILLER,

    Defendant.
_____/

No. C 06-00410 JSW

**ORDER REFERRING MOTION TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, the motion for default judgment filed by Plaintiffs against Defendant Tabatha Miller in the above captioned matter is HEREBY REFERRED to a randomly assigned Magistrate Judge to prepare a report and recommendation. The hearing date noticed for July 7, 2006 is HEREBY VACATED.

    **IT IS SO ORDERED.**

Dated: May 23, 2006

                                                     JEFFREY S. WHITE
                                                     UNITED STATES DISTRICT JUDGE

cc:    Wings Hom