UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, ET AL., <br><br> Plaintiff(s), <br><br> v. <br><br> TABATHA MILLER, <br><br> Defendant(s). <br> _____/ | No. C-06-0410 JSW (JCS) <br><br> **NOTICE OF REFERENCE; ORDER; TIME AND PLACE OF HEARING** <br><br> (E-FILING CASE) |

TO ALL PARTIES AND COUNSEL OF RECORD:

This matter has been referred to Magistrate Judge Joseph C. Spero for the preparation of a report and recommendation regarding Plaintiffs' Motion for Entry of Default Judgment (the "Motion") [Docket No. 17].

A hearing on the Motion has been set for **July 21, 2006, at 9:30 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

In accordance with Civil Local Rule 7-3, the opposition, if not already filed, shall be served and filed no later than twenty-one (21) days prior to the hearing. Any reply to the opposition shall be served and filed no later than fourteen (14) days prior to the date of the hearing.

LAW AND MOTION HEARING PROCEDURES

All filings of documents relating to motions referred to Magistrate Judge Spero shall list the civil case number and the District Court Judge's initials followed by the designation "(JCS)".

Law and motion matters may be submitted without argument upon stipulation of the parties and notification of the Court no later than 4:30 p.m. the day before the hearing.

1  Any party seeking an award of attorney's fees or other expenses in connection with this
2  motion shall file a motion in accordance with Civil Local Rule 37-1(e).
3  The Court can no longer supply a court reporter.  If you wish to have this hearing recorded
4  by a court reporter rather than by electronic means, please arrange this privately.

**ELECTRONIC FILING AND COURTESY COPIES**

6  Please refer to Civil L. R. 5-4 and General Order No. 45 for the Northern District of
7  California for information relating to electronic filing procedures and requirements.  All documents
8  shall be filed in compliance with the Civil Local Rules.  Documents not filed in compliance with
9  those rules will not be considered by the Court.
10  BEFORE NOON ON THE NEXT BUSINESS DAY FOLLOWING THE ELECTRONIC
11  FILING, THE PARTIES ARE REQUIRED TO LODGE DIRECTLY WITH CHAMBERS ONE
12  **PAPER** COPY OF EACH DOCUMENT, WHICH IS TO BE DESIGNATED "JCS'S CHAMBERS'
13  COPY."  All filings of documents relating to motions referred to Magistrate Judge Spero shall list
14  the civil case number and the district court judge's initials followed by the designation "(JCS)".
15  **The failure of counsel or a party to abide by this Order may result in sanctions**
16  **pursuant to Federal Rule of Civil Procedure 16(f).**
17  IT IS SO ORDERED.

19  Dated: May 30, 2006

JOSEPH C. SPERO
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2