Thomas M. Kerr (State Bar No. 241530)
HOLME ROBERTS & OWEN LLP
777 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5826
Telephone: (213) 572-4300
Facsimile: (213) 572-4400
E-mail: Leemore.Libesman@hro.com

Attorney for Plaintiffs
SONY BMG MUSIC ENTERTAINMENT;
ELEKTRA ENTERTAINMENT GROUP INC.;
PRIORITY RECORDS LLC; BMG MUSIC; UMG
RECORDINGS, INC.; CAPITOL RECORDS,
INC.; AND ARISTA RECORDS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; and ARISTA RECORDS LLC, a Delaware limited liability company,, <br><br> Plaintiff, <br> v. <br><br> TABATHA MILLER, <br><br> Defendant. | Case No.: 3:06-CV-06-0410 JSW <br><br> The Honorable Jeffrey S. White <br><br> **MOTION FOR EXTENSION OF TIME; [PROPOSED] ORDER** |

#2562 v1

MOTION FOR EXTENSION OF TIME; [PROPOSED] ORDER
Case No. 3:06-CV-06-0410 JSW

1  Plaintiffs respectfully move for a one week extension of time to obtain copies of Copyright
2  Registration Certificates to file with the court, and in support thereof states as follows:
3      1.    During the July 21, 2006 hearing on the Motion for Default Judgment the court
4  requested copies of the Copyright Registration Certificates be filed with the court.
5      WHEREFORE, plaintiffs respectfully requests a week extension of time to obtain copies of
6  Copyright Registration Certificates to file with the court, up to and including August 7, 2006.

Dated: July 28, 2006

THOMAS M. KERR
HOLME ROBERTS & OWEN LLP

By: _____
Thomas M. Kerr
Attorney for Plaintiffs
SONY BMG MUSIC ENTERTAINMENT;
ELEKTRA ENTERTAINMENT GROUP INC.;
PRIORITY RECORDS LLC; BMG MUSIC;
UMG RECORDINGS, INC.; CAPITOL
RECORDS, INC.; AND ARISTA RECORDS,
INC.

### ORDER

Good cause having been shown:

**IT IS ORDERED** that Plaintiffs' time to obtain copies of Copyright Registration Certificates to file with the court in this matter is extended one week, up to and including August 7, 2006.

Dated: July 31, 2006

By: _____
Judge Joseph C. Spero

2

#2562 v1